IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETHRO LARKIN III, | No. C-11-6321 TEH (PR) |
|     Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION |
|     v. | |
| JAMES CARLSON, | |
|     Defendant. | |

On December 14, 2011, Plaintiff, a state prisoner incarcerated at San Quentin State Prison in San Quentin, California, filed this pro se civil rights complaint under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that his in forma pauperis application was incomplete because he failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

On January 25, 2012, Plaintiff submitted monthly Inmate Statement Reports from 2011, and informed the Court that he has attempted to obtain a completed and signed Certificate of Funds in Prisoner's Account without success. Plaintiff is granted an

extension of time to March 1, 2012 to submit a completed and signed Certificate of Funds in Prisoner's Account form. The Clerk is directed to include a Certificate of Funds in Prisoner's Account form with this order, and a return envelope. Prison officials are ordered to assist Plaintiff in completing the necessary paperwork.

Plaintiff is reminded that any motions or correspondence which he sends to the court should bear the case name and number. For filings in this instant case, Plaintiff would list the following on the front page of any future filings: <u>Larkin v. Carlson</u>, C No. 11-CV-6321 TEH. To the extent that Plaintiff's January 25, 2012 filing was referring to cases other than this instant case, Plaintiff should re-file his motion in the other cases and list the appropriate case name and number on the front page of his motion.

IT IS SO ORDERED.

DATED  *02/01/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Larkin-11-6321-eot-ifp.wpd

2