IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JETHRO LARKIN II,    No. C-11-6321 TEH (PR)

        Plaintiff,    ORDER OF DISMISSAL

    v.

JAMES CARLSON,
        Defendant.
_____/

        On December 14, 2011, Plaintiff, a state prisoner incarcerated at San Quentin State Prison in San Quentin, California, filed this pro se civil rights complaint under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that his in forma pauperis application was incomplete because he failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

        On February 2, 2012, the Court granted Plaintiff an extension of time to March 1, 2012 to submit a completed and signed Certificate of Funds in Prisoner's Account form. Doc. #4. Over six weeks have passed since the extended deadline and Plaintiff still has not filed the required completed and signed Certificate of Funds

in Prisoner's Account form.  This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complete <u>in forma pauperis</u> application.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED     <u>04/25/2012</u>            /s/ Thelton E. Henderson
                                  THELTON E. HENDERSON
                                  United States District Judge

G:\PRO-SE\TEH\CR.11\Larkin-11-6321-ifp-dismissal.wpd

2